UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              - v. -<br><br>SHARIF KING,<br><br>              Defendant. | No. 15-cr-00679-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 13, 2024, United States District Judge Paul A. Crotty ordered the Government to file a response to Mr. King's letter (*see* ECF No. 67) by March 22, 2024. That deadline has since passed without a response. IT IS HEREBY ORDERED that the Government shall promptly file a response no later than **Friday, April 12, 2024**.

Dated: April 9, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge