UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | No. 15-cr-00679 (JLR) |
| SHARIF KING a/k/a ADORA KING, | **ORDER** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

Should Defendant wish to respond to the Government's letter at ECF No. 70, he is ORDERED to do so by April 22, 2024. The Government is respectfully requested to send a copy of this order to Mr. King.

Dated: April 11, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge